In the Matter of the Claim of EDWARD HIRSCHMAN Respondent, against E. W. EDWARDS & SON et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued June 1, 1932; decided June 21, 1932.)

*William B. Davis* and *E. C. Sherwood* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *John R. O'Hanlon* of counsel), for The State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.